WILLIAM J. MERTZ et al., Respondents, v. T. CHANNON PRESS, as Receiver of the MAPES-REEVE CONSTRUCTION COMPANY, et al., Appellants.

*Mertz* v. *Press*, 99 App. Div. 443, affirmed.
(Argued January 25, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Frederic J. Swift* for appellants.

*Ernest Hall* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.